IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE, § | | |
| § | | |
| *Plaintiff,* § | | 5:24-CV-01394-FB-RBF |
| § | | |
| vs. § | | |
| § | | |
| BEXAR CO. TX, § | | |
| § | | |
| *Defendant.* § | | |

**ORDER REQUIRING FILING OF DISMISSAL PAPERWORK AND RETURNING CASE TO DISTRICT COURT**

Before the Court is the status of this case, which the District Court referred for resolution of all pretrial proceedings on December 10, 2024. *See* Dkt. No 5. The Court is in receipt of the parties' joint notice of settlement. Dkt. No. 12.

**IT IS THEREFORE ORDERED** that the parties shall file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(b)(1)(A)(ii) on or before **thirty (30) days** from the date of this Order. Should the parties require additional time to finalize their settlement agreement, they should inform the Court by joint motion prior to the deadline.

2

**IT IS FURTHER ORDERED** that the Initial Pretrial Conference set for June 24, 2025, is **CANCELED** and the pre-conference filing deadlines set in the Court's May 5, 2025, Order are **VACATED**. *See* Dkt. No. 11. Having considered and acted upon all matters for which this case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 11th day of June, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE